1
2
3
4
5

IRELL & MANELLA LLP
Layn R. Phillips (103854)
    (lphillips@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:    (949) 760-0991
Facsimile:     (949) 760-5200

6
7
8
9
10
11
12

IRELL & MANELLA LLP
David Siegel (101355)
    (dsiegel@irell.com)
Daniel P. Lefler (151253)
    (dlefler@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:    (310) 203-7199

13
14

Attorneys for Nominal Defendant Broadcom
Corporation

15
16
17
18

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

19
20
21
22
23
24
25
26
27
28

IN RE BROADCOM CORP.
DERIVATIVE LITIGATION

Master File No.
CV 06-3252 R (CWx)

~~**PROPOSED**~~ **ORDER RE:**
**STIPULATED PROTECTIVE**
**ORDER**

PROPOSED ORDER
C-06-3252 R (CWX)

1       The Court has reviewed the Stipulated Protective Order submitted by the

2  parties, attached as Exhibit 1 hereto.

3       The Stipulated Protective Order is now entered by the Court.

4       PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6  DATED:  January 10, 2008    _____

7                              HON. MANUEL L. REAL
                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER
C-06-3252 R (CWX)