

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE BROADCOM CORPORATION DERIVATIVE LITIGATION | MASTER FILE NO. CV06-3252 R (CWx)<br><br>**SPECIAL MASTER PROTECTIVE ORDER REQUIRING DESTRUCTION OR RETURN OF DOCUMENTS AND LIMITING THE FURTHER USE OR DISCLOSURE OF THE DOCUMENTS OR THEIR CONTENTS** |

Defendant William J. Ruehle, (Ruehle) formerly CFO of Defendant Broadcom Corporation, moves for a PROTECTIVE ORDER REQUIRING DESTRUCTION OR RETURN OF DOCUMENTS AND LIMITING THE FURTHER USE OR DISCLOSURE OF THEIR CONTENTS.  Plaintiff opposes the motion.

### BACKGROUND

In or about March 2006, a newspaper article identified several companies which could be the subject of Securities and Exchange Commission interest (SEC). At that time, Broadcom either may have been or did become aware of the possibility of being investigated about options backdating.

On May 18, 2006, Broadcom instructed its attorneys Irell & Manella (I&M) to investigate Broadcom's options grants and pricing practices. I&M commenced its investigation.

On May 25, 2006, Plaintiffs filed this derivative action against Ruehle and other current and former officers, directors, and employees of Broadcom concerning the company's historical stock option granting practices.

On May 26, 2006, an amended complaint was filed and served in an action in Orange County Superior Court titled *Jin v. Broadcom Corporation, et al.*, Case No. 06-CC-00057, asserting substantially similar claims against Ruehle and others.

I&M initially represented Ruehle personally in this action and in the *Jin* matter. I&M had previously represented Ruehle in consolidated actions before the United States District Court for the Central District of California, titled *In re Broadcom Securities Litigation*, C01-0027.

On June 1, 2006, and on subsequent occasions, I&M attorneys Kenneth R. Heitz and Daniel Lefler met with Ruehle who was then Broadcom's CFO to discuss issues related to Broadcom's historical stock option granting practices. An attorney-client relationship existed between Ruehle and I&M at that time and continuing.

On June 13, 2006, the SEC commenced an investigation into Broadcom's options grants and pricing practices.

In August of 2006, I&M disclosed the substance of Ruehle's discussions with I&M to then non-party Ernst & Young (E&Y), outside auditors for Broadcom. At a later date, the same disclosures were made to the United States Attorney's Office. Ruehle neither knew of nor did he consent to either of these disclosures.

In response to plaintiffs' subpoena in this case, E&Y produced to plaintiffs the following documents, portions of which reflect Ruehle's June 2006 communications with I&M:

1. Several duplicate copies of a document titled "Broadcom Corporation Notes from Irell & Manella Interviews of Broadcom Personnel" (Bates numbers EYD--005942; EYD-3-013001-013003; EYD-4-019516-019523; EYER000173-000178; and EYER-0044676-0044683); between them."

2. Several duplicate copies of a document titled "Broadcom Corporation Notes From

-2-

1   Irell & Manella Meeting" that contain abbreviated notes regarding the same interviews (Bates

2   numbers EYR-0003617-0003623; EYD-1-007256-007262; and EYD-008029-008035);

3       3. A document titled "Nicholas" that contains abbreviated notes of discussions with Dr.

4   Nicholas, and several Broadcom employees, including Mr. Ruehle (Bates numbers EYD-4-

5   018883-018886); and,

6       4. A document titled "October 16, 2006 Irell & Manella Meeting" (Bates numbers EYD

7   008006-008009).

## DISCUSSION

8

9       It is undisputed that there was an attorney-client relationship between Ruehle and I&M

10   during these interviews. It is undisputed that I&M represented, and were acting on behalf of,

11   Broadcom during these interviews. Ruehle avers that he spoke to I&M attorneys on several

12   occasions believing he was providing factual information to his attorneys for the purpose of

13   facilitating their preparation of his defense.

14       At the time the Ruehle interviews took place, Broadcom and I&M knew or should have

15   known of the possibility, if not probability of indictments. Attorneys Heitz and Lefler testified in

16   deposition that Ruehle was given an *Upjohn* warning at the outset of the first meeting on June 1,

17   2006. No contemporaneous record of a warning exists and neither Heitz nor Lefler could recall

18   what words were used to convey the *Upjohn* warning.

19       Ruehle avers that he does not recall receiving an *Upjohn* warning. Heitz spoke to Ruehle

20   on subsequent occasions but testified that he gave no *Upjohn* warning to Ruehle then. Lefler

21   testified that Ruehle "was a defendant in cases where we were counsel of record for him, so to

22   some degree there might have been a thought in his mind that what he was telling us was relevant

23   to the legal advice we might render at some point.

24       On November 3, 2008, a hearing was held at which time Ruehle's Motion for Protective

25   Order was fully argued by all interested counsel. A similar matter, the OBJECTIONS OF

26   DEFENDANT HENRY T. NICHOLAS, III TO SPECIAL MASTER ORDER REGARDING

27   ATTORNEY-CLIENT PRIVILEGE was heard at the same time.   Plaintiffs contend the

28   derivative complaint together with Broadcom's findings of fault constitute subsequent adverse

litigation sufficient to apply the joint-client privilege exception.   Under the adverse client exception an otherwise privileged joint- client communication "is not privileged as between the co-clients in a subsequent adverse proceedings between them."

At the conclusion of the hearing, the Special Master requested further briefing by the parties on plaintiffs' claim that the attorney-client privilege is inapplicable under the adverse- client exception to the joint-client privilege.  Counsel for plaintiffs and for Ruehle filed briefs.

### CONCLUSION

There being an attorney-client relationship with Ruehle, I&M should have obtained a written waiver from Ruehle prior to any discussions regarding his knowledge, whether or not an *UpJohn* warning was given.  No such oral or written waiver was obtained.  And, even if an *UpJohn* warning had been given, it is not entirely clear that it was understood.  In any event, such a warning could not invalidate the attorney- client relationship then existing.  At a minimum, Rhuele should have been advised to obtain separate counsel prior to any questioning by Broadcom's attorneys.

### ORDER

The Special Master has reviewed and considered the argument of counsel and everything filed in support of and in opposition to The Motion for Protective Order and, good cause appearing therefore,

IT IS ORDERED as follows:

1.  Ruehle's discussions with his attorneys in June of 2006 were and are protected from unauthorized disclosure by the attorney-client privilege.

2.  The adverse client exception to the attorney-client privilege is not applicable.  Plaintiffs do not stand in Broadcom's shoes and the within matter is not subsequent litigation.

3.  Defendant Ruehle's Motion For a Protective Order is GRANTED.

4.  The portions of the following documents, and any other documents, reflecting Mr. Ruehle's June 2006 communications with I&M remain subject to the attorney-client privilege and that protection has not been waived:

&bull;      Several duplicate copies of a document titled "Broadcom Corporation Notes

1  from Irell & Manella Interviews of Broadcom Personnel" (Bates numbers EYD-1-
2  005937-005942; EYD-3-013001-013003; EYD-4-019516-019523; EYER000173-
3  000178;  and EYER-0044676-0044683); between them."

4  •  Several duplicate copies of a document titled "Broadcom Corporation Notes from
5  Irell & Manella Interviews of Broadcom Personnel" (Bates numbers EYD-1-
6  005937-005942; EYD-3-013001-013003; EYD-4-019516-019523; EYER000173-
7  000178;  and EYER-0044676-0044683); between them."

8  •  Several duplicate copies of a document titled "Broadcom Corporation Notes From
9  Irell & Manella Meeting" that contain abbreviated notes regarding the same
10  interviews (Bates numbers EYR-0003617-0003623; EYD-1-007256-007262; and
11  EYD-008029-008035);

12  •  A document titled "Nicholas" that contains abbreviated notes of discussions with
13  Dr. Nicholas, and several Broadcom employees, including Mr. Ruehle (Bates
14  numbers EYD-4-018883-018886); and,

15  •  A document titled "October 16, 2006 Irell & Manella Meeting" (Bates numbers
16  EYD 008006-008009).

17  IT IS FURTHER ORDERED that plaintiffs, their counsel, and any other party or entity in
18  possession of the foregoing documents shall destroy same and confirm the destruction to Ruehle's
19  counsel in writing within ten (10) business days of the date of this Order;

20  IT IS FURTHER ORDERED that Plaintiffs and their counsel shall provide a copy of this
21  Order to any person, party or entity provided with the foregoing documents and immediately
22  retrieve any such copies so provided;

23  IT IS FURTHER ORDERED that no party or entity shall in any way use or seek to
24  introduce the privileged sections of said documents or their contents as evidence in this or any
25  related litigation, and plaintiffs shall not use or incorporate the privileged sections of said
26  documents or their contents into their claims through the questioning of witnesses or otherwise.

27  Dated: January 7, 2009

28  JOHN FRANCIS CARROLL

-5-
SPECIAL MASTER'S PROTECTIVE ORDER REQUIRING DESTRUCTION OR RETURN OF DOCUMENTS, ETC.

# PROOF SERVICE

I, Kathleen Putzulu, declare as follows:

I am Assistant to the Special Master herein and on this date I served the within document entitled: SPECIAL MASTER'S PROTECTIVE ORDER REQUIRING DESTRUCTION OF DOCUMENTS OR RETURN OF DOCUMENTS AND LIMITING THE FURTHER USE OR DISCLOSURE OF THEIR CONTENTS via email to all Counsel of record.

Executed in San Pedro, California, on January 7, 2009

I declare under penalty of perjury that the foregoing is true and correct.

January 7, 2009

Kathleen Putzulu

1

**SERVICE LIST**
**In Re Broadcom Corporation Derivative Litigation**
2
**Master File No: CV06-3252 R (CWx)**

3

4  SETH ARONSON                                    LAWRENCE P. KOLKER
   JAMES R. ASPERGER / DAVID HURWITZ               GREGORY M. NESPOLE / PAULETTE S. FOX
5  O'MELVENY & MYERS LLP                           WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
   400 South Hope Street, Suite 1060               270 Madison Avenue
6  Los Angeles, CA 90071-2899                      New York, NY 10016
   Phone: (213) 430-6000                           Phone: (212) 545-4600
7  Fax: (213) 430-6407                             Fax: (212) 545-4653
8  Email: saronson@omm.com ; jasperger@omm.com;    Email: kolker@whafh.com ; nespole@whafh.com ;
            dhurwitz@omm.com                                 fox@whahf.com
9  Counsel for David A. Dull                       Counsel for Plaintiff LA Murphy

10

11 GEORGE A. BORDEN                                 JEROME F. BIRN, JR.
   WILLIAMS & CONNOLLY LLP                          KELLEY KINNEY
12 EDWARD BENNETT WILLIAMS BLDG.                    CAZ HASHEMI
   725 Twelfth Street, N.w.                         WILSON SONSINI GOODRICH & ROSATI, P.C.
13 Washington, DC 20005                             650 Page Mill Road
   Phone: (202)-434-5000                            Palo Alto, CA 94304-1050
14 Fax: (202)434-5029                               Phone: (650) 493-9300
   Email: gborden@wc.com                            Fax: (650) 493-6811
15 Counsel for Defendant Henry T. Nicholas          Email: jbjm@wsgr.com;kinney@wsgr.com;
                                                            chashemi@wsgr.com
16                                                  Counsel for William Ruehle

17 DANIEL L. GERMAIN
   ROSMAN & GERMAIN LLP
18 16311 Ventura Boulevard, Suite 1200
   Encino, CA 91436-2152                            NICOLE BROWNING
19 Phone: (818) 788-0877                            SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Fax: (818) 788-0885                              2125 Oak Grove Road, Suite 120
20 Email: germain@lalawyer.com                      Walnut Creek, CA 94598
   Counsel for Plaintiff Oubo Jim                   Phone: (925) 945-0770
21                                                  Fax: (925) 945-8792
                                                    Email: nbrowning@sbtklaw.com
22 FRANCIS M. GREGOREK
   BETSY C. MANIFOLD/ FRANCIS A. BOTTINI, JR./
23 RACHELE R. RICKERT                               GORDON GREENBERG
   WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP        JON DEAN / ADAM KAMENSTEIN
24 SYMPHONY TOWERS                                  MCDERMOTT, WILL & EMERY
   750 B. Street, Suite 2770                        2049 Century Park East 34th Floor
25 San Diego, CA 92101                              Los Angeles, CA 90067-3208
   Phone: (619) 239-4599                            Phone: (310) 277-4110
26 Fax: (619) 234-4599                              Fax: (310) 277-4730
   Email: gregorek@whafh.com                        Email: ggreenberg@wme.com ; jdean@wme.com ;
27                                                          akamenstein@wme.com
   Counsel for Plaintiff L A Murphy                 Counsel for Henry Samueli
28

1  MICHAEL HANRAHAN
   GARY F. TRAYNOR
2  PRICKETT, JONES & ELLIOTT, P.A.
3  1310 King Street
   P.O. Box 1328
4  Wilmington, De 19899
   Phone: (302) 888-6500
5  Fax: (302) 658-8111
   Email: mhanrahan@pricket.com;
6         gftraynor@prickett.com
   Counsel for Plaintiff Oubo Jim
7

8
   JAMES KRAMER
9  RICHARD GALLAGHER / ANDREW PURDY
   ORRICK, HERRINGTON & SUTCLIFFE, LLP
10 THE ORRICK BUILDING
11 405 Howard Street
   San Francisco, CA94105-2669
12 Phone: (415) 773-5700
   Fax: (415) 773-5759
13 Email: jkramer@orrick.com
   Counsel for Aurelio Fernandez
14

15
   RICHARD MARMARO
16 JACK P. DICANIO; MATTHEW E. SLOAN;
   LEVANYA MAHENDRAN
17 SKADDEN, ARPS, SLATE, MEAGHER & FLOM
18 300 South Grand Avenue, Suite 3400
   Los Angeles, CA 90071-3144
19 Phone: (213) 687-5000
   Fax: (213) 687-5600
20 Email: richard.marmaro@skadden.com ;
          jack.dicanio@skadden.com ;
21        matthew.sloan@skadden.com
          levanya.mahendran@skadden.com
22

23
   LAYN R. PHILLIPS
24 IRELL & MANELLA LLP
   840 Newport Center Drive Suite 400
25 Newport Beach, CA 92660-6324
   Phone: (949) 760-0991
26 Fax: (949) 760-5200
   Email: lphillips@irell.com
27 Counsel for Defendants: Broadcom Corp.;
28 Scott A. McGregor; George L. Farinsky; John Major;
   Robert E. Switz

JUDY SCOLNICK
SCOTT + SCOTT LLC
29 West 57th Street
New York, NY 10019
Phone: (212) 223-6444
Fax: (212) 223-6334
Email: jscolnick@scott-scott.com
Counsel for Yen Shei


ARTHUR L. SHINGLER III
SCOTT + SCOTT LLC
600 B Strett, Suite 1500
San Diego, CA 92101
Phone: (619) 233-4565
Fax: (619) 233-0508
Email: ashingler@scott-scott.com
Counsel for Plaintiff Yen Shei


JOHN W. SPIEGEL
ROBERT L. DELL ANGELO
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue 35th Floor
Los Angeles, CA 90071-1560
Phone: (213) 683-9100
Fax: (213) 687-3702
Email: john.speigel@mto.com; robert.dellangelo@mto.com
Counsel for Defendant Henry T. Nicholas III


KATIE BALDERRAMA
MAGGIE MOLLETT
NICOLE DUCKETT
MAYER BROWN LLP
350 South Grand Avenue 25th Floor
Los Angeles, CA 90071-1503
Phone: (213) 229-9500
Fax: (213) 625-0248
Email: kbalderrama@mayerbrown.com;
mmollett@mayerbrown.com; nduckett@mayerbrown.com
Counsel for Bruce Kiddoo


LEE D. RUDY
JAMES MILLER
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056
Email: lrudy@sbclasslaw.com ; jmiller@sbclasslaw.com

DAVID R. SCOTT
DENISE V. ZAMORE
SCOTT + SCOTT LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Phone: (860) 537-3818
Fax: (860) 537-4432
Email: drscott@scott-scott.com
Counsel for Plaintiff Yen Shei


DAVID SIEGEL
DANIEL P. LEFLER / GLENN K. VANZURA /
GARLAND KELLEY
IRELL & MANELLA, LLP
1800 Avenue of the Stars Suite 900
Los Angeles, CA 90067-4276
Phone: (310) 277-1010
Fax: (310) 203-7199
Email: dsiegel@irell.com; dlefler@irell.com;
        gvanzura@irell.com; gkelly@irell.com
Counsel for Broadcom Corp


SHIRLI FABBRI WEISS
GERALD A. TRIPPITELLI
DLA PIPER US LLP
401 B Street Suite 1700
San Deigo, CA 92101-4240
Phone: (619) 699-3650
Fax: (619) 699-2701
Email: shirli.weiss@dlapiper.com
Counsel for Defendants Alan E. Ross; Wermer F. Wolfen


DOUGLAS M. FUCHS
WYATT BLOOMFIELD
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: (213) 229-7000
Fax: (213) 299-7520
Email: dfuchs@gibsondunn.com


ROBERT B. HUBBELL
GIBSON, DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: (213) 229-700
Fax: (213) 229-7520
Email: rhubbell@gibsondunn.com


RICHARD M. HEIMANN (STATE Bar No: 063607)
JOY A. KRUSE (STATE BAR NO; 142799)
NANCY CHUNG (STATE BAR NO: 225584)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
EMAIL: rheimann@lchb.com; jkruse@lchb.com;
        nchung@lchb.com


EDWARD KIM
PETER VILLAR
BINGHAM MCCUTCHEN, LLP
600 Anton Boulevard 18th Floor
Costa Mesa, CA 92626
Phone: (714) 433-2900
Fax: (714) 549-3244
EMAIL: todd.gordinier@bingham.com;
        edward.kim@bingham.com;
        peter.villar@bingham.com


TRAVERS WOOD
AALOK SHARMA
RACHEL J. FELDMAN
WHITE & CASE LLP
633 West 5th Street Suite 1900
Los Angels, CA 90071-2007
Phone: (213) 620-7700
Fax: (213) 687-0758
Email: twood@white case.com;
        ashama@whitecase.com
        rfeldman@whitecae.com


GORDON GREENBERG
JON DEAN / ADAM KAMENSTEIN
MCDERMOTT, WILL & EMORY
2049 Century Park East, 34th Floor
Los Angeles, CA 90067-3208
Phone: (310) 277-4110
Fax: (310) 277-4730
Email: ggreenberg@mwe.com; jdean@mwe.com;
        akamenstein@mwe.com
Counsel for Henry Samueli