IRELL & MANELLA LLP
David Siegel (101355)
  dsiegel@irell.com
Daniel P. Lefler (151253)
  dlefler@irell.com
Garland A. Kelley (225450)
  gkelley@irell.com
Glenn K. Vanzura (238057)
  gvanzura@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

IRELL & MANELLA LLP
Layn R. Phillips (103854)
  lphillips@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200

Attorneys for Nominal Defendant
Broadcom Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| In re BROADCOM CORPORATION DERIVATIVE LITIGATION | Lead Case No.: CV-06-3252-R (CWx)<br><br>**NOMINAL DEFENDANT BROADCOM CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   May 3, 2010<br>Time:   10:00 a.m.<br>Ctrm:   8<br>Judge:   Hon. Manuel L. Real |

1 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2   PLEASE TAKE NOTICE that, on May 3, 2010 at 10:00 a.m., or as soon

3 thereafter as the matter may be heard in the courtroom of the Honorable Manuel L.

4 Real, Nominal Defendant Broadcom Corporation ("Broadcom" or "the Company")

5 will and hereby does move for an order granting summary judgment as to all claims

6 alleged against defendants Henry T. Nicholas, III, Henry Samueli and William J.

7 Ruehle pursuant to Rule 56 of the Federal Rules of Civil Procedure.

8   The grounds for this motion are that (1) the Special Litigation Committee of

9 Broadcom's Board of Directors (the "SLC") is composed of independent members

10 of Broadcom's Board of Directors, (2) the SLC conducted an adequate investigation

11 into the derivative claims brought on Broadcom's behalf, and (3) the SLC has

12 determined that it is no longer in Broadcom's best interest to continue to prosecute

13 this action and that this action should therefore be dismissed.

14   The motion is made based on this Notice of Motion, the Memorandum of

15 Points and Authorities filed in support hereof, Broadcom's Statement of

16 Uncontroverted Facts and Conclusions of Law, the Declaration of Glenn K. Vanzura

17 and exhibits thereto, the Proposed Order Granting Broadcom's Motion for Summary

18 Judgment, the argument of counsel, all other pleadings or papers on file in this

19 action, and all other matters of which this Court may take judicial notice.

20 Dated:  April 5, 2010          Respectfully submitted,

21

22          IRELL & MANELLA LLP
           Layn R. Phillips
           David Siegel
23          Daniel P. Lefler
           Garland A. Kelley
24          Glenn K. Vanzura

25

26          By: /s/ Daniel P. Lefler
              Daniel P. Lefler
27          Attorneys for Nominal Defendant
           Broadcom Corporation
28

- 1 -