1   TERRY W. BIRD - State Bar No. 49038
       twb@birdmarella.com
2   PETER J. SHAKOW - State Bar No. 198633
       pjs@birdmarella.com
3   KARIS A. CHI - State Bar No. 225778
       kac@birdmarella.com
4   BIRD, MARELLA, BOXER, WOLPERT,
       NESSIM, DROOKS & LINCENBERG, P.C.
5   1875 Century Park East, 23rd Floor
    Los Angeles, California  90067-2561
6   Telephone: (310) 201-2100
    Facsimile: (310) 201-2110
7
    ATON ARBISSER - State Bar No. 150496
8      aarbisser@kayescholer.com
    ROBERT BARNES - State Bar No. 119515
9      rbarnes@kayescholer.com
    KAYE SCHOLER LLP
10  1999 Avenue of the Stars, Suite 1700
    Los Angeles, California  90067-6048
11  Telephone:  (310) 788-1000
    Facsimile:   (310) 788-1200
12
    Attorneys for Intervenor the Special Litigation
13  Committee of the Board of Directors of
    Nominal Defendant Broadcom Corp.
14

15              **UNITED STATES DISTRICT COURT**

16      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

17

18  IN RE BROADCOM CORPORATION       CASE NO. CV06-3252 R (CWx)
    DERIVATIVE LITIGATION
19                                   **STIPULATION TO MODIFY
                                     BRIEFING SCHEDULE FOR
20                                   MOTION AND CROSS-MOTION
                                     FOR SUMMARY JUDGMENT**
21

22

23

24          WHEREAS, Broadcom Corporation's ("Broadcom") Motion for Summary

25  Judgment and Plaintiffs' Cross-Motion for Summary Judgment are currently

26  scheduled for hearing on August 2, 2010.

27          WHEREAS, the parties previously stipulated to a briefing schedule

28  concerning the Motion and Cross-Motion for Summary Judgment, which schedule

285757.1

1    was approved by the Court on June 14, 2010.

2         WHEREAS, on June 11, 2010, the Court granted Plaintiffs' *ex parte*

3    application for its consolidated opposition to Broadcom's Motion for Summary

4    Judgment and Cross-Motion for Summary Judgment to exceed, by up to 25 pages,

5    the page limit set forth in Local Rule 11-6.

6         WHEREAS, on June 14, 2010, Plaintiffs filed their consolidated brief.

7         WHEREAS, Intervenor the Special Litigation Committee of the Board of

8    Directors of Broadcom Corporation, which will file a consolidated reply in support

9    of Broadcom's Motion for Summary Judgment and opposition to Plaintiffs' Cross-

10   Motion for Summary Judgment, requires additional time and pages to respond to

11   Plaintiffs' brief.

12        WHEREAS, the parties agree that Intervenor should be permitted to file a

13   consolidated brief that may exceed, by up to 25 pages, the page limit set forth in

14   Local Rule 11-6.

15        WHEREAS, the parties agree that the briefing schedule set forth in the

16   Court's June 14, 2010 Order should be modified to allow Intervenor and/or the

17   defendants to file their response to Plaintiffs' consolidated opposition and Cross-

18   Motion for Summary Judgment on July 12, 2010.

19        WHEREAS, the parties agree that Plaintiffs will file their reply in support of

20   the Cross-Motion for Summary Judgment on July 19, 2010.

21        WHEREAS, the parties agree that, in the event that Plaintiffs determine that

22   additional time is needed to respond to Intervenor's and/or defendants' submissions,

23   Intervenor and defendants will not oppose Plaintiffs' request for a reasonable

24   extension of time.

25        WHEREAS, the parties are prepared to go forward with the hearing on both

26   Broadcom's Motion for Summary Judgment and Plaintiffs' Motion for Summary

27   Judgment on August 2, 2010 and wish to keep the existing hearing date.

28

1    NOW, THEREFORE, the parties stipulate as follows:

2    1.    Intervenor and defendants shall file their reply in support of the Motion

3    for Summary Judgment and/or opposition to the Cross-Motion for Summary

4    Judgment on July 12, 2010.

5    2.    Intervenor's brief may exceed, by up to 25 pages, the page limit set

6    forth in Local Rule 11-6.

7    3.    Plaintiffs will file their reply in support of their Cross-Motion for

8    Summary Judgment on July 19, 2010.

9    4.    In the event that Plaintiffs determine that additional time is needed to

10    respond to Intervenor's and/or defendants' submissions, Intervenor and defendants

11    will not oppose Plaintiffs' request for a reasonable extension of time

12    5.    The hearing on both the Motion for Summary Judgment and the Cross-

13    Motion for Summary Judgment shall proceed on August 2, 2010 at 10:00 a.m.

14    IT IS SO STIPULATED.

15

16    DATED: June 29, 2010          Respectfully submitted,

17                                  Terry W. Bird

18                                  Peter J. Shakow

19                                  Karis A. Chi
                                    BIRD, MARELLA, BOXER, WOLPERT,
20                                      NESSIM, DROOKS & LINCENBERG, P.C.

21                                  Aton Arbisser

22                                  Robert Barnes
                                    KAYE SCHOLER LLP
23

24

25    By: _____*/s/ Terry W. Bird*_____
                                    Terry W. Bird
26                                  Attorneys for Intervenor the Special Litigation
                                    Committee of the Board of Directors of
27                                  Nominal Defendant Broadcom Corp.

28

STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT

DATED: June 29, 2010

Richard M. Heimann
Joy A. Kruse
Nancy Chung
Mikaela Bernstein
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP


By: _____ */s/ Richard M. Heimann*
Richard M. Heimann
Attorneys for Derivative Plaintiffs

DATED: June 29, 2010

Glenn K. Vanzura
Daniel P. Lefler
IRELL & MANELLA LLP


By: _____ */s/ Glenn K. Vanzura*
Glenn K. Vanzura
Attorneys for Nominal Defendant Broadcom
Corporation

DATED: June 29, 2010

Matthew E. Sloan
Richard Marmaro
Jack DiCanio
SKADDEN ARPS SLATE MEAGHER &
FLOM


By: _____ */s/ Matthew E. Sloan*
Matthew E. Sloan
Attorneys for defendant William J. Ruehle

1    DATED: June 29, 2010            Lance Wade
2                                    Samuel Bryant Davidoff
                                     WILLIAMS & CONNOLLY, LLP
3

4                                    By:    /s/ Lance A. Wade
5                                            Lance A. Wade
                                     Attorneys for Defendant Henry T. Nicholas, III
6

7

8    DATED: June 29, 2010            Jon Dean
9                                    Gordon Greenberg
                                     McDERMOTT WILL & EMERY, LLP
10

11                                   By:    /s/ Jon Dean
12                                           Jon Dean
                                     Attorneys for Defendant Henry Samueli
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28