Richard M. Heimann (State Bar No. 063607)
Joy A. Kruse (State Bar No. 142799)
Nancy Chung (State Bar No. 225584)
Mikaela Bernstein (State Bar No. 261301)
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email:  rheimann@lchb.com
Email:  jakruse@lchb.com
Email:  nchung@lchb.com
Email:  mbernstein@lchb.com

Lead Counsel for the Derivative Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BROADCOM CORP. DERIVATIVE LITIGATION | Master File No. C-06-3252 R (CWx) **NOTICE OF WITHDRAWAL OF PLAINTIFF ALFRED RONCONI** Judge: Hon. Manuel L. Real Courtroom: 8 |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Alfred Ronconi hereby withdraws as a Plaintiff in this derivative action.  Accordingly, Plaintiffs request that the Court not consider the arguments made to dismiss and to disqualify Plaintiff Alfred Ronconi in Defendant Henry T. Nicholas, III's Motion to Dismiss Named Plaintiff Alfred Ronconi for Lack of Standing and to Disqualify Named Plaintiffs Alfred Ronconi and Gordon Postlmayr Pursuant to Rule 23.1 (Docket No. 871).  Defendant Nicholas's Motion was joined by Defendants William J. Ruehle (Docket No. 876) and Henry Samueli (Docket No. 890).  The issues raised therein as to Plaintiff Alfred Ronconi are made moot by Mr. Ronconi's notice of withdrawal.

DATED:  February 11, 2011

LIEFF, CABRASER, HEIMANN
    & BERNSTEIN, LLP

By:  */s/ Richard M. Heimann*
         Richard M. Heimann

Richard M. Heimann (SB No. 063607)
Joy A. Kruse (SB No. 142799)
Nancy Chung (SB No. 225584)
Mikaela Bernstein (SB No. 261301)
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Lead Counsel for Derivative Plaintiffs*

911132.1   - 1 -   NOTICE OF WITHDRAWAL OF ALFRED RONCONI
MASTER FILE NO. C-06-3252 R (CWx)