John Francis Carroll
State Bar No. 34934
1408 Le Grande Terrace
San Pedro, California 90732
Telephone / Fax: (310) 547-5062
carrollmediator@sbcglobal.net

Special Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE BROADCOM CORPORATION DERIVATIVE LITIGATION | Master File No. CV06-3252R (CWx) |
|---|---|
| | **TENTH INTERIM REPORT OF SPECIAL MASTER AND REQUEST FOR PAYMENT; DECLARTION OF JOHN FRANCIS CARROLL IN SUPPORT THEREOF; [PROPOSED]ORDERS** |
| This Document Relates To: All Actions | |

  Comes now John Francis Carroll and files this Tenth Interim Report of Special Master And Request For Payment; Declaration of John Francis Carroll In Support thereof; [Proposed] Orders.

  Since my Ninth Report was filed I have held hearings on motions to compel, motion for a protective order and other matters, engaged in telephone conferences with counsel, attended the depositions of Henry T. Nicholas, III, William J. Ruehle and Henry Samueli in Del Mar, Irvine and Los Angeles respectively, two separate sessions each, engaged in settlement ongoing discussions, reviewed transcripts and

other documents and issued such orders and directives as were appropriate. The work for which compensation is requested is more fully set forth in EXHIBIT A attached hereto.

In addition to the work of the Special Master, compensation is requested for Assistant and routine Paralegal services e.g. maintaining data, activity and correspondence log, calendaring, etc. The Court is requested to issue Orders as follows:

1. The Parties shall within twenty (20) days of the date hereof pay the sum of $122,862.50 to John Francis Carroll directly as and for compensation and reimbursement to the Special Master for services rendered and expenses incurred in the performance of his duties.

Respectfully submitted,

Dated: February 18, 2011

_____
JOHN FRANCIS CARROLL
SPECIAL MASTER

TENTH INTERIM REPORT OF SPECIAL MASTER
AND REQUEST FOR PAYMENT;
DECLARATION OF JOHN FRANCIS CARROLL
IN SUPPORT THEREOF; [PROPOSED] ORDERS

# DECLARATION OF JOHN FRANCIS CARROLL

I, John Francis Carroll, declare as follows:

1. I have been a lawyer since January 1964 and I am admitted to practice before the courts of the State of California, the United States District Court for the Central District of California, the Ninth Circuit Court of Appeals, and the United States Supreme Court. My practice is limited to alternative dispute resolution in both federal and state courts. Between 1964 and 1990, I had an active trial practice and have tried numerous jury and non-jury cases in both federal and state courts. From before 1990 to the present I have been appointed and/or retained as a special master and/or mediator on numerous occasions by counsel for parties and Judges in the Central District of California, San Juan Puerto Rico, Arizona, New York and the Los Angeles Superior Court. I have had many Superior Court Judge *pro tem* assignments including appointments at the request of the parties.

2. I have presided over successful mediations in London, Shanghai, Hong Kong and throughout the United States including many major and complex multi-party matters, general business litigation, intellectual property, construction defects and contractual disputes, unfair competition, insurance coverage, union pension and welfare matters, professional negligence, major torts, government Superfund and privately instituted environmental disputes, product liability, contracts, industrial espionage, antitrust and various other matters.

3. My hourly fee is $750, which is less than the average hourly rate for lawyers with similar years of experience and expertise. The services for which compensation is requested are less than the actual time spent on discovery matters and settlement matters as more fully set forth in Exhibit A hereto.

Executed on February 18, 2011 at San Pedro, California.

I declare under penalty of perjury that the foregoing is true and correct.

John Francis Carroll

JOHN FRANCIS CARROLL

# EXHIBIT A

TENTH INTERIM REPORT OF SPECIAL MASTER
AND REQUEST FOR PAYMENT;
DECLARATION OF JOHN FRANCIS CARROLL
IN SUPPORT THEREOF; [PROPOSED] ORDERS

**Time for the six month period July-December 2010**

| Date | Description | Time |
|---|---|---|
| July 1-9 | Exchanges of emails to, and from the parties re settlement discussions; prepare for and hold telephone conferences re settlement; teleconferences with and exchange of emails with Judge Weinstein, David Siegel, Gordon Greenberg; preparation for and teleconference with Lance Wade. Prepare, file, and serve Ninth Interim Report of Special Master And Request For Payment; Declaration of John Francis Carroll In Support Thereof; Proposed Orders. | 19.30 |
| July 12-16 | Receive and review correspondence and emails with documents pertaining to Motion For Summary Judgment; telephone conference with SLC counsel; travel to USDC for conference with Judge Real re Judge Carney and emails re same. | 4.38 |
| July 17- 24 | Telephone conferences with Broadcom counsel re settlement negotiations; exchange of correspondence with Judge Weinstein re same; telephone conference with counsel for the SLC re settlement negotiations; exchange of correspondence re Weinstein's request for copies of pleadings; discussions with paralegal re same; telephone calls to counsel for SLC, Art Chong, plaintiffs' counsel; review of Defendant Nicholas 7/21/10 demand letter to carriers; received and reviewed email alleging disclosure of confidential settlement discussions; review of exchanges of correspondence intra Weinstein office; review of Sloan's 7/12/10 letter to carriers on behalf of Defendant Ruehle joining Defendant Nicholas' request contained in Wade's 7/21/10 letter, etc.; review of Kirk A Pasich demand to insurance counsel on behalf of Defendant Samueli; telephone discussion with Weinstein. | 7.95 |
| July 25-30 | Exchange of telephone calls and emails with Weinstein in preparation for telephone conference with carriers re potential settlement; teleconference with carriers; review of Pamela Wahl's letter of 7/28/10 responding on behalf of insurance carriers except for Federal with regard to demands made by Defendants Nicholas, Samueli, and Ruehle. | 3.8 |
| August 2-31 | Miscellaneous telephone calls to and from counsel and mediators; review of Declaration Of Nancy Chung In Support Of Motion To Unseal Documents Filed In Connection With Broadcom's Motion For Summary Judgment and all exhibits thereto; review of Plaintiff's Motion To Unseal Documents Broadcom's Motion For Summary Judgment; review Notice Of Errata Re Stipulated Protective Order; review of [Revised Declaration Of Nancy Chung In Support Of Motion To Unseal Documents Filed In Connection With Broadcom's Motion For Summary Judgment]; review of Plaintiffs Supplemental Brief Pursuant To The Court's August 2, 2010 Order; Declaration Of Nancy Chung In Support Of Plaintiff's Supplemental Brief Pursuant To The Court's August 2, 2010 Order; Defendant Henry Samueli's Supplemental Brief In Support Of Broadcom's Motion For Summary Judgment; Intervenor Special Litigation Committee's Supplemental Brief Pursuant To The Court's August 2, 2010 Order; telephone calls with counsel for SLC re Plaintiffs' demand with particulars; miscellaneous Notices of Electronic Filing. | 4.0 |
| Sept. 2- 11 | Exchanges of email to and from counsel, review of Notices of Electronic Filing of Reply file by Intervenor SLC [doc 679]; Stipulation to Reschedule Briefing Schedule for Plaintiffs' Motion to Unseal Documents filed in Connection with Broadcom's Motion for Summary Judgment filed by Intervenor SLC, Proposed Order; telephone calls to counsel for Broadcom and left word on each occasion, follow-up email re same; review email from Broadcom's counsel re telephone call and respond to same; telephone call to Weinstein re same. | 2.35 |
| Sept. 12- 18 | Review of Notices of Electronic Filing of Order by Judge Real re SLC Brief and hearing on Motion to Unseal; Memorandum in Opposition to Plaintiffs' Motion to Unseal Documents Filed in Connection with Broadcom's Motion for Summary | 2.95 |

| | | |
|---|---|---|
| | Judgment with attachments; Opposition filed by Intervenor SLC with attachments; exchange of emails with Judge Weinstein; email to counsel for Samueli; review of Order Modifying Briefing Schedule for Plaintiffs' Motion to Unseal; email to Judge Weinstein re Court's ruling; emails from Judge Weinstein re communication with carriers. | |
| Sept. 20-25 | Reviewed Declaration of Nancy Chung In Support of Motion to Unseal Documents Filed In Connection With Broadcom's Motion For Summary Judgment; exchange of confidential emails with Judge Weinstein, the Court's denial of all summary judgments; etc.;  Notices of Electronic Filing of Transcription of Proceedings held on 9-13-10,  Application for Review of Discovery Ruling of Special Master re Notice, etc., Notice of Manual Filing; review email from R. Textier with copies of unredacted Plaintiffs' Reply ISO Motion to Unseal and the related Declarations, Ex Parte Application for Reconsideration, Opposition to Ex Parte Application, Stipulation for Extension of Time to file Response filed by Defendant Ruehle (Attachments). | 3.05 |
| Sept. 27- 30 | Review of Notices of Electronic Filing,  Order by Judge Real Pursuant to Stipulation Extending Time,  Stipulation for Extension of Time to File Opposition and Reply filed by Defendant Ruehle, Sealed Documents re Filing Under Seal, Order by Judge Real re Stipulation of Time to File Response/Reply Miscellaneous telephone calls. | 1.90 |
| Oct. 1-8 | Receive and review documents filed re Motion to Unseal Documents; Stipulation re SLC's Appeal of Special Master Discovery Order; Stipulation to Clarify Court's September 13, 2010 Order Setting Trial Date; Proposed Order re Stipulation; Minutes Order (In Chambers) re Motion to Unseal documents; Order from 9th CCA filed re: Notice of Appeal to 9th Circuit; Order by Judge Real denying Plaintiffs' Motion to Unseal. | 1.60 |
| Oct. 11-15 | Receive and review Notices of Electronic filings re Order entering Stipulation Regarding SLC'S Appeal of Special Master Discovery Order by Judge Real,; receive and review emails and telephone calls regarding request for telephonic hearing re discovery limits and pre-trial schedule ; prepare and send email directing counsel for the parties to prepare and serve agenda by Monday, October 18; review re confidential summary and exchange emails with Judge Weinstein's staff re same; telephone call with J. Kruse re same; receive and review emails from Plaintiffs' counsel requesting Oct. 19 telephonic hearing and notes to file; prepare and send email to counsel re same and receive responses re same; further emails re telephone call. | 2.50 |
| Oct. 18-22 | Receive and review documents submitted for telephonic hearing on for Oct. 19; exchanges of correspondence to and from counsel re agenda and that hearing will go forward as scheduled; receive and review email from C. Weir with Proposed Pre-Trial and Discovery Schedule, review of file in preparation for and hold telephonic hearing re Discovery Limits and Pre-Trial Schedule; review transcript and follow-up correspondence; prepare and send Tentative Order to Modify Apr. 2 Order Re Number of Depositions Per Party; receive and review Plaintiffs' request for clarification of Tentative Order; prepare and send response referring parties to transcript of the hearing; prepare, file and serve Special Master Order Modifying Order Filed April 2, 2010 Re Number Of Depositions Per Party; prepare, file and serve Special Master Order Setting Pre-Trial And Discovery Schedule. | 10.25 |
| Oct. 25-29 | Receive and review out of office replies; receive and review Notices of Electronic Filings of Notice filed by Attorney for Defendant Henry T. Nicholas, III, Notice of Manual Filing filed by Attorney for Defendant Henry T. Nicholas, III, Notice of Manual Filing of Pro Hac vice Application for Adam Harber filed by Attorney for Defendant Henry T. Nicholas, III, Notice to Filer of Deficiencies, Application for attorney Raymond Kennon poteat to Appear Pro Hac Vice, Application for attorney Curtis J Mahoney to Appear Pro Hac Vice, Application for attorney Adam D Harber to Appear Pro Hac Vice, Notice of Change of Attorney | 1.2 |

TENTH INTERIM REPORT OF SPECIAL MASTER
AND REQUEST FOR PAYMENT;
DECLARATION OF JOHN FRANCIS CARROLL
IN SUPPORT THEREOF; [PROPOSED] ORDERS

| Date | Description | Hours |
|---|---|---|
| | Information for Attorney Katherine A Trefz; receive and review Consent Order Governing Expert Reports and notes to file. | |
| Nov 1-6 | Prepare, file and serve Special Master Order Governing Expert Reports, Disclosures And Discovery As Agreed By The Parties; review of various Notices of Electronic Filings - Order by Judge Real granting Application for attorney Adam D Harber, Order by Judge Real granting Application for attorney Curtis J Mahoney to Appear Pro Hac Vice; review of Plaintiffs' motion re proposed deposition of Vito Palermo, notes to file; review Sloan's response of intent to submit letter brief; receive and review Plaintiffs' Motion to Compel Production of Documents [Grand Jury], exhibits and review of citations; receive and review of Defendant Ruehle's Response to Plaintiffs' Motion to Compel, exhibits, notes to file; exchange of correspondence with and between counsel re priority in the order of questioning jointly subpoenaed witnesses, telephonic hearing re same and follow-up correspondence. | 3.5 |
| Nov 8-12 | Review of compromise re priority of depositions; receive and review Notice of Electronic Filing of Notice of Manual Filing by Defendant Henry T. Nicholas, III of Application to File Under Seal, Proposed Order Granting Application to File Under Seal, Under Seal Motion to Exclude Broadcom's Restatement, Sealed Declaration and Exhibits in Support Thereof (Wade) and Notice of Manual Filing filed by Defendant Henry T. Nicholas, III of Application to File In Camera and Under Seal, Proposed Order to File In Camera and to File Under Seal, In Camera and Under Seal Ex Parte Application to Exclude Privileged Communication, In Camera and Sealed Declaration of Lance A. Wade In Support Thereof; receive and review of correspondence to and from counsel for the parties re the authentication of Vito Palermo email, conference call re same, receive and review of proposed stipulation and revisions, concluding correspondence; review of Plaintiffs' Motion to Compel Production of Grand Jury Transcript re Ruehle, preparation of file for submission to Judge Real, conference with Judge Manuel Real at US District Court re same, prepare and send email to counsel directing transfer of transcripts to Plaintiffs' counsel at Judge Real's direction; receive and review Notices of Electronic Filings; prepare for and hold telephonic hearing re priority of depositions and Palermo authentication matter. | 6.50 |
| Nov 14-19 | Receive and review Notices of Electronic Filings; receive and review reporter transcript of telephonic hearing re authenticity of Palermo document; review of Defendant Ruehle's Motion to Compel Kaye Scholer to Produce Documents in Response to Subpoena and supporting documents. | 3.60 |
| Nov 22-30 | Receive and review Notices of Electronic filings; receive and review Haydon-Kahn email that Defendant Ruehle did not receive Kaye Scholer's Motion for Protective Order until Friday, Nov19; receive and review Defendant Ruehle Opposition to Kaye Scholer Motion for Protective Order; prepare and send correspondence that parties further meet and confer, success follow-up; receive and review Plaintiffs' response to Dean Nov 24, 2010 letter seeking permission to designate an additional expert beyond limit set by Special Master Oct 22, 2010 Order. | 4.25 |
| Dec 1-4 | Review of Defendants' request to designate an additional expert witness, Plaintiffs' Opposition and the expert reports in question; prepare and send Denial of request; receive and review Plaintiffs Motion to Compel response to Interrogatory Number 14; prepare and send directing involved counsel to meet and confer re Kaye Scholer Motion for Protective Order; prepare, file and serve Special Master Order Denying Defendants' Request To Add Additional Expert Witness; exchanges of email and telephone calls to and from counsel re two-way video and request for hearing on Dec 6; review of Plaintiffs' Reply to Samueli's Responses And Objections To Plaintiffs' First Set Of Interrogatories; review all documents filed in connection with Kaye Scholer's Motion For Protective Order; email to counsel directing that Special Master is not to be copied on emails between counsel unless otherwise directed; exchange of emails re proposed two- | 7.8 |

| | | |
|---|---|---|
| | way video taping of Samueli's deposition and Special Master's intent to attend; exchange of emails with counsel re hearing. | |
| Dec 5-10 | Exchanges of correspondence and calls re hearing; receive and review letter re deposition of Carol Prado, telephone call exchange with counsel re same; receive and review Samueli Opposition to Plaintiffs' Motion to Compel; receive and review email from S. Haydon-Kahn re meet and confer regarding Kaye Scholer subpoena; exchanges of correspondence to and from counsel re deposition location for Nicholas and Ruehle; travel to and from Century City for Samueli's deposition, Day 1, Dec. 6 and Day 2, Dec. 7. | 22.0 |
| Dec. 13-17 | Travel to Del Mar for Ruehle's deposition Day 1, travel to hotel; to Del Mar for Day 2 of Ruehle deposition and return home; receive and review amended Notices of Deposition. | 21.4 |
| Dec 21-31 | Receive and review Plaintiffs' brief re Nicholas' personal claim of privilege to over 45 trial exhibits, review of court cites and log; receive and review Plaintiffs brief re Defendants' designation of 7th expert witness without good cause; receive and review Sloan letter Ruehle and Nicholas collective withdrawal of witness and intent to comply with SM December 2 Order; receive and review Samueli response to Plaintiffs' Dec 22nd letter; receive and review Plaintiffs' response to Weir letter of December 27 re designation of additional expert witness by defendants; receive and review Mahoney brief submitted *in camera* in response to Plaintiffs' Dec 21 brief; receive and review Wade brief seeking Order to compel plaintiffs Postlmayr and Ronconi to produce documents pursuant to request served Oct 22, 2010; travel to Nicholas deposition, Day 1, and return; travel to Nicholas deposition, Day 2 and return. | 24.25 |

```
Total hours:
    Special Master      146.95@750   $110,212.50
    Assistant                78@150   $ 11,700.00    $121,912.50
Taxi, Limo & Related                     950.00          950.00
Expenses, Lodging, Meals,
Misc.
                                            Total     $122,862.50
```

**PROOF OF SERVICE**

I, Kathleen Putzulu, declare as follows;

I am Assistant to the Special Master herein. My business address is 1408 Le Grande Terrace, San Pedro, California 90732.

On, February 18, 2011, I served the within document entitled TENTH INTERIM REPORT OF SPECIAL MASTER AND REQUEST FOR PAYMENT; DECLARATION OF JOHN FRANCIS CARROLL IN SUPPORT THEREOF; [PROPOSED] ORDERS.

via email as follows:

**SEE ATTACHED LIST**

Executed in San Pedro, California on February 18, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2011.

Kathleen Putzulu

TENTH INTERIM REPORT OF SPECIAL MASTER
AND REQUEST FOR PAYMENT;
DECLARATION OF JOHN FRANCIS CARROLL
IN SUPPORT THEREOF; [PROPOSED] ORDERS

**SERVICE LIST**
**In Re Broadcom Corporation Derivative Litigation Master File No: CV06-3252 R (CWx)**

| Name | Email |
|---|---|
| GEORGE BORDEN | gborden@wc.com |
| TOBIN J. ROMERO | tromero@wc.com |
| LANCE WADE | lwade@wc.com |
| NICOLE BROWNING | nbrowning@btkmc.com |
| DANIEL GERMAIN | germain@lalawyer.com |
| GORDON GREENBERG | grgeenberg@wme.com |
| JON DEAN | jdean@wme.com |
| ADAM KAMENSTEIN | akamenstein@wme.com |
| CHARLES E. WEIR | cweir@wme.com |
| FRANCIS M. GREGOREK | gregorek@whafh.com |
| BETSEY C. MANIFORLD | manifold@whafh.com |
| RACHELLE R. RICKERT | rickert@whafh.com |
| MICHAEL HANRAHAN | mhanrahan@prickett.com |
| GARY F. TRAYNOR | gtraynor@prickett.com |
| RICHARD HEIMANN | rheimann@lchb.com |
| JOY A. KRUSE | jkruse@lchb.com |
| NANCY CHUNG | nchung@lchb.com |
| LAWERENCE KOLKER | kolker@whafh.com |
| GREGORY M. NESPOLE | nespole@whafh.com |
| PAULETTE S. FOX | fox@whafh.com |
| RICHARD MARMARO | richard.marmaro@skadden.com |
| JACK P. DICANIO | jack.dicanio@skadden.com |
| MATTHEW E. SLOAN | matthew.sloan@skadden.com |
| MATTHEW D. UMHOFER | matthew.umhofer@skadden.com |
| KRISTIN TAHLER | kristin.tahler@skadden |
| LISA JOHNSTON | lisa.johnston@skadden.com |
| STEPHEN HAYDON-KHAN | stephen.haydon-kahn@skadden.com |
| JASON D. RUSSELL | jason.russell@skadden.com |
| LAYN R. PHILLIPS | lphillips@irell.com |
| LEE RUDY | lrudy@btkmc.com |
| JAMES MILLER | jmiller@btkmc.com |
| ARTHUR L. SHINGLER III | ashingler@scott-scott.com |
| DAVID SIEGEL | dsiegel@irell.com |
| CHRISTOPHER COWAN | ccowan@irell.com |
| DANIEL P. LEFLER | dlefler@irell.com |
| GLENN K. VANZURA | gvanzura@irell.com |
| GARLAND KELLEY | gkelley@irell.com |
| JUDY SCOLNICK | jscolnick@scott-scott.com |
| DAVID R. SCOTT | drscott@scott-scott.com |
| DENISE V. ZAMORE | dvzamore@scott-scott.com |

TENTH INTERIM REPORT OF SPECIAL MASTER
AND REQUEST FOR PAYMENT;
DECLARATION OF JOHN FRANCIS CARROLL
IN SUPPORT THEREOF; [PROPOSED] ORDERS