1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**
10 **WESTERN DIVISION**
11

| | |
|---|---|
| IN RE BROADCOM CORPORATION DERIVATIVE LITIGATION | Master File No. CV06-3252 R (CWx) **ORDER GRANTING LEAD COUNSEL FOR THE DERIVATIVE PLAINTIFF'S MOTION FOR APPROVAL OF AWARD OF ATTORNEYS' FEES AND COSTS** Date: May 23, 2011 Time: 10:00 a.m. Ctrm: 8 Judge: Hon. Manuel L. Real |

The Court, having considered the Stipulation and Agreement of Settlement ("Stipulation"), Docket No. 933, Lead Counsel for the Derivative Plaintiff's ("Lead Counsel") Notice of Motion and Motion for Approval of Award of Attorneys' Fees and Costs, the accompanying memorandum, and any objections or papers filed in opposition thereto as well as having heard and considered the oral arguments of counsel and otherwise being fully informed and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

917272.1                                                      MASTER FILE NO. C-06-3252 R (CWx)

[PROPOSED] ORDER GRANTING LEAD COUNSEL'S MOTION FOR APPROVAL OF AWARD OF ATTORNEYS' FEES

The Court hereby approves the fees, expenses and costs award in accordance with the Stipulation and finds that such award is fair and reasonable. Lead Counsel for the Derivative Plaintiffs' Motion for Approval of Award of Attorneys' Fees and Costs is therefore GRANTED.

Lead Counsel's request for an incentive award to the Federal Derivative Plaintiff Gordon Postlmayr in the amount of $10,000 is also GRANTED.

**IT IS SO ORDERED**.

Dated: May 23, 2011         By: _____
                                Honorable Manuel L. Real
                                United States District Judge